IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| MICHELE FARRELL, et al., | : NO. 14-6094 |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 7th day of July, 2016, upon consideration of the plaintiff's motion for summary judgment (Doc. No. 34), the defendants' response (Doc. No. 41) and the plaintiff's opposition in response (Doc. No. 42), **IT IS HEREBY ORDERED** that:

1. The plaintiff's motion for summary judgment (Doc. No. 34) is **DENIED**.

2. An in-person pretrial conference is scheduled for **Wednesday, August 24, 2016 at 2:00 p.m.** in Courtroom 14B of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.